**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (State Bar No. 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone:(916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ERNESTO MANUEL AGUILA

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Cr.S-05-496-GEB |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| ERNESTO MANUEL AGUILA | |
| Defendant | |

The defendant, ERNESTO MANUEL AGUILA, by and through his current Attorney of Record Mary French, hereby substitutes Johnny L. Griffin III and the Law Offices of Johnny L. Griffin III, 1010 F Street, Suite 200, Sacramento, CA 95814, (916) 444-5557 as his Attorney of Record in place and stead of Attorney Mary French.

Dated: December 12, 2005     \s_____
                             MARY FRENCH
                             Assistant Federal Defender


Dated: December 12, 2005     \s_____
                             ERNESTO MANUEL AGUILA
                             Defendant

SUBSTITUTION OF ATTORNEY - 1

1 | I accept the above substitution.

2

3 | Dated: December 12, 2005        \s\
                                     JOHNNY L. GRIFFIN, III
4 |                                  Attorney at Law

5

6 | **IT IS SO ORDERED.**

7 | DATED:   December 14, 2005        /s/ Garland E. Burrell, Jr.
                                       GARLAND E. BURRELL, JR.
8 |                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25