**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ERNESTO MANUEL AGUILA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ERNESTO MANUEL AGUILA, <br><br> Defendant. | CR No. S-05-0496 GEB <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** <br><br> Date: April 21, 2006 <br> Time: 9:00 a.m. <br><br> Honorable Garland E. Burrell, Jr. |

The United States of America, by and through Assistant U.S. Attorney Jason Hitt, and Defendant ERNESTO MANUEL AGUILA, by and through his attorney, Johnny L. Griffin, III, hereby agree and stipulate to continue the status conference in the above captioned case from April 21, 2006 at 9:00 a.m. to June 30, 2006 at 9:00 a.m.[1] In addition, the parties agree and stipulate that time be excluded from April 21, 2006 a.m. to June 30, 2006 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

---

1. The parties have been advised by this Court's Clerk that June 30, 2006 at 9:00 a.m. is an available date and time for a status conference on this matter.

U.S. v. Aguila
CR No. S-05-05-0496 GEB
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

PDF created with pdfFactory trial version www.pdffactory.com

The continuance of the status conference is based on the following facts: as the court is aware, Mr. Griffin has just concluded a nine week jury trial in the case *United States v. Hayat*, Case No. S-05-240-GEB. Currently, the jury is in deliberation. In light of the trial, Mr. Griffin was not able to fully review the discovery in this matter and discuss a potential resolution with Defendant. Additionally, once the jury has returned a verdict in the *Hayat* case, Mr. Griffin will be out of the office.[2]

Dated: April 19, 2006           Respectfully submitted,

                                 /s/ Jason Hitt
                                JASON HITT[3]
                                Assistant U.S. Attorney

Dated: April 19, 2006            /s/ Johnny L. Griffin, III
                                JOHNNY L. GRIFFIN, III
                                Attorney for ERNESTO MANUEL AGUILA

---

[2] Specifically, Mr. Griffin will be on vacation and then attend his son's college graduation in South Bend, Indiana.
[3] Assistant United States Attorney Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

U.S. v. Aguila
CR No. S-05-05-0496 GEB
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

DATED: April 25, 2006

/s/ Garland E. Burrell, Jr.

**GARLAND E. BURRELL, JR.**

United States District Judge

U.S. v. Aguila
CR No. S-05-05-0496 GEB
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

PDF created with pdfFactory trial version www.pdffactory.com