**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ERNESTO MANUEL AGUILA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CR No. S-05-496 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| ERNESTO MANUEL AGUILA, | Date: June 30, 2006 |
| Defendant. | Time: 9:00 a.m. |
| | Honorable Garland E. Burrell, Jr. |

    The United States of America, by and through Assistant U.S. Attorney Jason Hitt, and Defendant ERNESTO MANUEL AGUILA, by and through his attorney, Johnny L. Griffin, III, hereby agree and stipulate to continue the status conference in the above captioned case from June 30, 2006 at 9:00 a.m. to September 8, 2006 at 9:00 a.m.[1] In addition, the parties agree and stipulate that time be excluded from June 30, 2006 to September 8, 2006 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

---

1. The parties have been advised by this Court's Clerk that September 8, 2006 at 9:00 a.m. is an available date and time for a status conference on this matter.

U.S. v. Aguila
CR No. S-05-05-496 GEB
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

PDF created with pdfFactory trial version www.pdffactory.com

Dated: June 27, 2006                Respectfully submitted,

   /s/ Jason Hitt
JASON HITT[2]
Assistant U.S. Attorney


Dated: June 27, 2006                /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for ERNESTO MANUEL AGUILA

## **ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

DATED:  June 30, 2006

   /s/ Garland E. Burrell, Jr.

**GARLAND E. BURRELL, JR.**

United States District Judge

---

[2] Assistant United States Attorney Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

U.S. v. Aguila
CR No. S-05-05-496 GEB
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

PDF created with pdfFactory trial version www.pdffactory.com