1    **LAW OFFICES OF JOHNNY L. GRIFFIN, III**
     **JOHNNY L. GRIFFIN, III (SBN 118694)**
2    1010 F Street, Suite 200
     Sacramento, CA 95814
3    Telephone: (916) 444-5557
     Facsimile: (916) 444-5558
4
     Attorneys for Defendant
5    ERNESTO MANUEL AGUILA

6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9

10

     THE UNITED STATES OF AMERICA       )   CR No. S-05-496 GEB
11                                       )
              Plaintiff,                 )   **STIPULATION AND [PROPOSED]**
12                                       )   **ORDER TO CONTINUE STATUS**
          v.                             )   **CONFERENCE**
13                                       )
                                         )
14   ERNESTO MANUEL AGUILA               )   Date:  October 20, 2006
                                         )   Time:  9:00 a.m.
15            Defendant.                 )
                                         )   Honorable Garland E. Burrell, Jr.
16                                       )
                                         )
17   _____)

18        The United States of America, by and through Assistant U.S. Attorney Jason Hitt,

19   and Defendant ERNESTO MANUEL AGUILA, by and through his attorney, Johnny L.

20   Griffin, III, hereby agree and stipulate to continue the status conference in the above

21   captioned case from October 20, 2006 at 9:00 a.m. to December 8, 2006 at 9:00 a.m. to

22   allow counsel for Defendant additional time to prepare and discuss resolution with counsel

23   for the government, and for defense counsel to advise Defendant regarding the

24

25

U.S. v. Aguila
CR No. S-05-05-496 GEB
STIPULATION AND ORDER
TO CONTINUE STATUS CONFERENCE - 1

ramifications of his plea agreement. [1] In addition, the parties agree and stipulate that time

be excluded from October 20, 2006 to December 8, 2006 pursuant to Local Code T4 and

18 U.S.C. § 3161(h)(8)(B)(iv)

Dated: October 24, 2006          Respectfully submitted,

   /s/ Jason Hitt
JASON HITT[2]
Assistant U.S. Attorney

Dated: October 24, 2006          /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for ERNESTO MANUEL AGUILA

**IT IS SO ORDERED.**

Dated: _____          _____
HON. GARLAND E. BURRELL, JR.
United States District Judge

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court

hereby finds that the failure to grant a continuance in this case would deny Defendant's

counsel reasonable time necessary for effective preparation, taking into account the

exercise of due diligence. The Court specifically finds that the ends of justice are served by

the granting of such continuance and outweigh the interests of the public and the

Defendant in a speedy trial.

---

1. The parties have been advised by this Court's Clerk that December 8, 2006 at 9:00 a.m. is an available date and time for a status conference on this matter.
2. Assistant United States Attorney Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

U.S. v. Aguila
CR No. S-05-05-496 GEB
STIPULATION AND ORDER
TO CONTINUE STATUS CONFERENCE - 2

1          Based on these findings and pursuant to the stipulation of the parties, the Court

2    hereby adopts the stipulation of the parties in its entirety as its order.

3

4          **IT IS SO ORDERED.**

5    DATED:  October 24, 2006

6                                                                    /s/ Garland E. Burrell, Jr.

7                                                          **GARLAND E. BURRELL, JR.**

8                                                          United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

U.S. v. Aguila
CR No. S-05-05-496 GEB
STIPULATION AND ORDER
TO CONTINUE STATUS CONFERENCE - 3