1 **LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
2 1010 F Street, Suite 200
Sacramento, CA 95814
3 Telephone: (916) 444-5557
Facsimile: (916) 444-5558
4
Attorneys for Defendant
5 ERNESTO MANUEL AGUILA

6

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | CR No. S-05-496 GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE CHANGE OF** |
| v. ) | **PLEA** |
| ) | |
| ERNESTO MANUEL AGUILA ) | |
| ) | Date:  March 23, 2007 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | |
| ) | Honorable Garland E. Burrell, Jr. |
| ) | |
| ) | |

The United States of America, by and through Assistant U.S. Attorney Jason Hitt, and Defendant ERNESTO MANUEL AGUILA, by and through his attorney, Johnny L. Griffin, III, hereby agree and stipulate to continue the change of plea in the above captioned case from March 23, 2007 at to April 6, 2007 at 9:00 a.m.  This request is based on the unavailability of defense counsel and the need for additional time to finalize the terms of the plea agreement. [1] In addition, the parties agree and stipulate that time be excluded from March 23, 2007 to April 6, 2007 pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(8)(B)(iv)

---

1. The parties have been advised by this Court's Clerk that April 6, 2007 at 9:00 a.m. is an available date and time for Change of Plea on this matter.

U.S. v. Aguila
CR No. S-05-05-496 GEB
STIPULATION AND ORDER
TO CONTINUE CHANGE OF PLEA- 1

Dated: March 21, 2007          Respectfully submitted,

    /s/ Jason Hitt
JASON HITT[2]
Assistant U.S. Attorney

Dated: March 21, 2007          /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for ERNESTO MANUEL AGUILA

## **ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: March 22, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[2] Assistant United States Attorney Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.