**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ERNESTO MANUEL AGUILA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | CR No. S-05-496 GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **VACATE THIRD PARTY CONDITION** |
| v. ) | |
| ) | |
| ERNESTO MANUEL AGUILA ) | Honorable Garland E. Burrell, Jr. |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Defendant ERNESTO MANUEL AGUILA, by and through his attorney, Johnny L. Griffin, III, and the United States of America, by and through Assistant U.S. Attorney Jason Hitt, hereby agree and stipulate to vacate the third party custodianship condition, of Defendant's pretrial release.  Specifically, on January 5, 2006, Magistrate Hollows ordered Defendant to be released to the third party custodianship of his mother, Lisa Aguila.  Ms. Aguila recently passed away.  Pre- Trial Services Officer, Gina Lee Faubion has advised the parties, that in light of Defendant's successful performance while on pre-trial release,

1  she dos not feel that a third-party custodianship is needed.  Accordingly, the parties

2  respectfully ask the court to vacate the third party custodianship as a condition of

3  Defendant's pre-trial release.

4  Dated: March 28, 2007          Respectfully submitted,

5
                                    /s/ Jason Hitt
6                                   JASON HITT[1]
                                    Assistant United States Attorney
7

8  Dated: March 28, 2007           /s/ Johnny L. Griffin, III
                                    JOHNNY L. GRIFFIN, III
9                                   Attorney for ERNESTO MANUEL AGUILA

10     **IT IS SO ORDERED.**

11

12     Dated:  March 28, 2007

13
                                    _____
14   .                              EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE
15

---

[1] Assistant United States Attorney Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

U.S. v. Aguila
CR No. S-05-05-496 GEB
STIPULATION AND ORDER