```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-05-0496-GEB |
| ) | |
| Plaintiff, ) | PRELIMINARY ORDER OF |
| ) | FORFEITURE AND PUBLICATION |
| v. ) | THEREOF |
| ) | |
| ERNESTO MANUEL AGUILA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Ernesto Manuel Aguila, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Ernesto Manuel Aguila's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a). 2004 Honda Accord, VIN:1HGCM66574A100279, License Number 5JQB367.

2. The above-listed property was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 846 and 841(a)(1).

1

3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-described property.  The aforementioned property shall be seized and held by the United States Marshals Service, in its secure custody and control.

4.   a.   Pursuant 21 U.S.C. § 853(n) and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Stockton Record</u> (San Joaquin County), a newspaper of general circulation located in the county in which the above-described property was seized, notice of this Order, notice of the Attorney General's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

b.   This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

c.   The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as

1 | to those persons so notified.
2 |     5.  If a petition is timely filed, upon adjudication of all
3 | third-party interests, if any, this Court will enter a Final
4 | Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all
5 | interests will be addressed.
6 | IT IS SO ORDERED
7 | Dated:  May 17, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

3