UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

  -vs-

Ernesto Manuel Aguila                               **Docket No. CRS-05-496-GEB**

**COMES NOW** Gina Lee Faubion, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Ernesto Manuel Aguila, who was placed on bond by the Honorable Gregory G. Hollows, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 5th day of January, 2006, who imposed the general terms and conditions of Pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** On May 4, 2007, the defendant pled guilty to count one of the Indictment, Conspiracy to Distribute at Least 50 Grams of Methamphetamine (actual), in violation of 21:846 and 841(a)(1).

**BOND CONDITIONS**: The defendant was released on a $100,000 collateral bond secured by his sister's property with Pretrial Services supervision and special conditions of release.  Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was arrested on April 4, 2007, in Stockton for a DUI Alcohol/Drugs violation, case number LM036845. On May 24, 2007, the defendant pled no contest to DUI Alcohol/.08%, and was sentenced to five years informal probation, one day jail, a fine of $2,323, and participation in a three month alcohol program.  The defendant failed to notify Pretrial Services of the arrest.  In addition, his conditions of release prohibit any use of alcohol.

**PRAYING THAT THE COURT WILL ORDER** that the matter be placed on the  court's calendar on Wednesday, August 1, 2007, at 2 p.m.  The assigned U.S. District Judge has referred the matter to the duty Magistrate Judge.

**LAST KNOWN ADDRESS:**    On file with Pretrial Services
**TELEPHONE NUMBER:**    On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                      Respectfully submitted,

                                                      /s/ Gina Lee Faubion

                                                      Gina Lee Faubion
                                                      Pretrial Services Officer
                                                      July 27, 2007

Pretrial Services Violation Petition - page 2
Aguila, Ernesto Manuel

## ORDER

\_\_\_\_\_ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $\_\_\_\_.

\_\_\_\_ The Court hereby orders this ex parte motion and order be sealed.

\_\_\_\_\_ The Court orders a summons be issued with an appearance date of _____.

  **x**   The Court hereby orders this matter placed on this court's calendar on <u>Wednesday, August 1, 2007</u>, at <u>2:00</u> p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

\_\_\_\_\_ The Court orders no action be taken.

Considered and ordered this 27th day of
July, 2007, and ordered filed and
made a part of the records in the above case.

_____
Edmund F. Brennan
U.S. Magistrate Judge

**SPECIAL CONDITIONS:**

Pretrial Services Violation Petition - page 2
Aguila, Ernesto Manuel

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are released to the third-party custody of your mother, Lisa Aguila;

4. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5. You shall reside at a residence approved by Pretrial Services and not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

6. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

7. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medications. However, medical marijuana, prescribed or not, may not be used;

8. You shall submit to drug or alcohol testing as approved by the pretrial services officer; and,

9. You shall seek and/or maintain valid employment and provide income verification to Pretrial Services as directed.


On March 29, 2007, the Honorable Edmund F. Brennan, U.S. Magistrate Judge, signed a stipulation and order granting the request to vacate the third party custodianship condition (No. 3).