**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ERNESTO MANUEL AGUILA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | CR No. S-05-496 GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **REGARDING MODIFIED CONDITIONS** |
| v. ) | **OF PRETRIAL RELEASE**[1] |
| ) | |
| ERNESTO MANUEL AGUILA ) | Date: August 1, 2007 |
| ) | Time: 2:00 p.m. |
| Defendant. ) | |
| ) | Honorable Dale A. Drozd |
| ) | |
| _____ ) | |

After hearing, for reasons stated on the record, Defendant Ernesto Manuel Aguila's conditions of pretrial release are hereby modified as follows:

1. All current condition previously order shall remain in effect;

2. Defendant shall not drive a motor vehicle, for any purpose, while on pretrial release;

---

[1] Assistant United States Attorney Jason Hitt has been advised of this Proposed Order and has no objection.

U.S. v. Ernesto M. Aguila
CR No. S-05-05-496 GEB
[PROPOSED] ORDER TO MODIFY
CONDITIONS OF PRETRIAL RELEASE - 1

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

3. Defendant, at his own expense, by close of business on August 2, 2007, shall have in place and commence random alcohol and drug testing by Sentencing Concept, Incorporated of Stockton, California.  The testing for alcohol consumption shall consist of the use of a breath analyzer install within Defendant's home, and the testing for illicit drug use shall consist of wearing of a Pharm Chem Drug of Abuse Patch which will continuously monitor any illicit drug usage;

4. Sentencing Concept Incorporated shall provide weekly written reports to Pretrial Service Officer Gina Faubion.  The weekly reports shall be faxed to Ms.  Faubion at (916) 930-4355; and

5. Sentencing Concept Incorporated shall immediately report any positive test results telephonically to Ms. Faubion at (916) 930-4357.

**IT IS SO ORDERED.**

**DATED:  August 2, 2007.**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/aguila0496.stipord

U.S. v. Ernesto M. Aguila
CR No. S-05-05-496 GEB
[PROPOSED] ORDER TO MODIFY
CONDITIONS OF PRETRIAL RELEASE - 2

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814