McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>        Plaintiff,          )<br>                             )<br>    v.                       )<br>                             )<br>ERNESTO MANUEL AGUILA,       )<br>                             )<br>        Defendant.           )<br>_____) | CR-S-05-0496-GEB<br><br>ORDER TO INCORPORATE<br>PRELIMINARY ORDER OF<br>FORFEITURE INTO JUDGMENT<br>IN A CRIMINAL CASE |

   The Preliminary Order of Forfeiture entered May 18, 2007, is hereby made final as to defendant Ernesto Manuel Aguila and shall be incorporated into the Judgment in a Criminal Case filed March 13, 2008.

Dated:  March 14, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

1