McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-05-0496-GEB |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| ERNESTO MANUEL AGUILA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on May 18, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a) based upon the plea agreement entered into between plaintiff and defendant Ernesto Manuel Aguila forfeiting to the United States the following property:

   a).  2004 Honda Accord, VIN:1HGCM66574A100279, License Number 5JQB367.

AND WHEREAS, on May 25, June 1, and 8, 2007, the United States published notice of the Court's Preliminary Order of Forfeiture in the Stockton Record (San Joaquin County), a newspaper of general circulation located in the county in which the above-described property was seized.  Said published notice

1

advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice by certified mail to Veronica Gallo and American Honda Finance Corporation;

AND WHEREAS, on or about April 3, 2008, American Honda Finance Corporation filed a Petition For Ancillary Hearing regarding the 2004 Honda Accord, VIN:1HGCM66574A100279, License Number 5JQB367 (hereafter "the Vehicle"), as the lien holder.

AND WHEREAS, the Court has been advised that no other third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-described property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Ernesto Manuel Aguila.

2. Pursuant to the Stipulation for Settlement approved by the Court on or about April 15, 2008, upon entry of this Final Order of Forfeiture forfeiting the Vehicle to the United States and sale of the Vehicle, the U.S. Marshals Service shall pay American Honda Finance Corporation from the proceeds of the sale, after payment of expenses incurred by the U.S. Marshals Service in connection with its custody and sale of the Vehicle, the following:

      a.  A sum of $12,793.30, less any principal payments made between April 1, 2008, and the date of payment; plus interest on the unpaid principal sum at the contractual (not default) rate.  This amount includes principal in the amount of $12,217.37, interest in the amount of $511.73, and late charges in the amount of $64.20.

      b.  The exact amount to be paid to American Honda Finance Corporation shall be determined at the time of payment, but shall not be less than the amounts set forth above.

3. Payment to petitioner American Honda Finance Corporation shall be in full settlement and satisfaction of all claims by American Honda Finance Corporation to the Vehicle, and of all claims arising from and relating to the seizure, detention, and forfeiture of the Vehicle.

4. All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

5. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

Dated: April 30, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge