**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
ERNESTO MANUEL AGUILA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:05-CR-00496-GEB |
| Plaintiff, | **[PROPOSED] ORDER TO RECONVEY REAL PROPERTY** |
| vs. | |
| ERNESTO MANUEL AGUILA, | DATE: July 25, 2011 |
| Defendant. | Hon. Garland E. Burrell |

**ORDER**

The Court hereby grants the request to reconvey real property posted to secure Defendant's pre-trial release and authorize the Clerk of the United States District Court to reconvey real property to property owners Ramon F. Ruiz and Natasia O. Aguila. The property is described as follows: 3143 Stefano Drive, Stockton, CA 95212.  The property information is as follows:  (1) 3143 Stefano Drive, Stockton, CA 95212. (2) APN number: 124-060-49. (3) San Joaquin County Recorders Document Number: 2003-270676.

///

///

**IT IS SO ORDERED.**

Dated: 7/22/11

_____
GARLAND E. BURRELL, JR.
United States District Judge