HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ERNESTO MANUEL AGUILA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  Cr. S 2:05-cr-496 GEB |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| ERNESTO MANUEL AGUILA, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | Judge:  Honorable GARLAND E. BURRELL, JR. |

Defendant, ERNESTO MANUEL AGUILA, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On March 7, 2008, this Court sentenced Mr. Aguila to a term of 222 months imprisonment;

3.      His total offense level was 37, his criminal history category was III, and the resulting guideline range was 262 to 327 months.  He received a reduction off the low-end of the range on the government's motion;

4.      The sentencing range applicable to Mr. Aguila was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.      Mr. Aguila's total offense level has been reduced from 37 to 35, and his amended guideline range is 210 to 262 months.  A reduction comparable to the one he received initially yields a term of 177 months;

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Aguila's term of imprisonment to a total term of 177 months.

Respectfully submitted,

Dated:  December 7, 2015                   Dated:  December 7, 2015

BENJAMIN B. WAGNER                  HEATHER E. WILLIAMS
United States Attorney                      Federal Defender


*/s/  Jason Hitt*                            */s/ Hannah Labaree*
JASON HITT                             HANNAH R. LABAREE
Assistant U.S. Attorney                    Assistant Federal Defender

Attorney for Plaintiff                      Attorney for Defendant
UNITED STATES OF AMERICA           ERNESTO MANUEL AGUILA

1

## ORDER

2          This matter came before the Court on the stipulated motion of the defendant for reduction

3    of sentence pursuant to 18 U.S.C. § 3582(c)(2).

4          The parties agree, and the Court finds, that Mr. Aguila is entitled to the benefit

5    Amendment 782, which reduces the total offense level from 37 to 35, resulting in an amended

6    guideline range of 210 to 262 months.  A reduction comparable to the one he received initially

7    yields a term of 177 months.

8          IT IS HEREBY ORDERED that the term of imprisonment imposed in March 2008 is

9    reduced to a term of 177 months.

10          IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

11   remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

12   reduction in sentence, and shall serve certified copies of the amended judgment on the United

13   States Bureau of Prisons and the United States Probation Office.

14          Unless otherwise ordered, Mr. Aguila shall report to the United States Probation Office

15   within seventy-two hours after his release.

16   Dated:  December 7, 2015

17

18   _____

19   GARLAND E. BURRELL, JR.
     Senior United States District Judge

20

21

22

23

24

25

26

27

28