HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
ERNESTO MANUEL AGUILA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-cr-0496 GEB |
| Plaintiff-Respondent, | **[Proposed] ORDER** |
| v. | |
| ERNESTO MANUEL AGUILA, | |
| Defendant-Movant. | |

Defendant-Movant's request for a one court day extension of time for filing the Reply to the government's Response is granted. Defendant-Movant's Reply shall be filed by May 13, 2019.

Dated: May 13, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge